# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 06-60123-AA |
| | ) | |
| v. | ) | WAIVER OF INDICTMENT |
| | ) | |
| NATHAN FRASER BLOCK, | ) | |
| aka "Exile" and "Hasan", | ) | |
| | ) | |
| Defendant. | ) | |

I, NATHAN FRASER BLOCK, the above named Defendant, who is accused of conspiracy to commit arson and destruction of an energy facility, and arson, in violation of Title 18, United States Code, Sections 371, 844(f), 844(i), 1366(a) and 2, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on the ___9___ day of November, 2006, prosecution by indictment and consents that the proceeding may be by information rather than by indictment.

_11-9-06_
Date

_11-9-06_
Date

NATHAN FRASER BLOCK
Defendant

JOHN E. STORKEL
Attorney for Defendant

Page 1 - **WAIVER OF INDICTMENT**

Dated this ___9___ day of _Anumber_, 2006.

Before:_____
Ann Aiken, U.S. District Judge